# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSEANN IACONELLI,**<br>            **Plaintiff,**<br><br>        v.<br><br>**PENNSYLVANIA CVS PHARMACY, LLC,**<br>            **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  19-1764** |

## O R D E R

**AND NOW**, this 25th day of October, 2019, upon consideration of Defendant BT Washington's Motion to Dismiss (ECF No. 7), Plaintiff Roseann Iaconelli's Response in Opposition (ECF No. 8), and Defendant's Reply thereto (ECF No. 9), **IT IS ORDERED** that Defendant's Motion is **DENIED**.

                                            **BY THE COURT:**

                                            **/s/Wendy Beetlestone, J.**

                                            _____
                                            **WENDY BEETLESTONE, J.**